**IN THE UNITED STATES FEDERAL COURT**

**FOR THE DISTRICT OF MASSACHUSETTS**

**SPRINGFIELD DIVISION**

**Wahidullah Ahmadzai**

**47 Wilcox Street, Springfield MA, 01105.**
**Phone# 413 923 0002**
**Email: ahmadzaiwaheed487@gmail.com**
**Plaintiff,**
v.

**U.S. Department of Homeland Security;**
**U.S. Citizenship and Immigration Services;**
**Director, U.S. Citizenship and Immigration Services;**
**Secretary of Homeland Security;**
**Attorney General of the United States;**
**U.S. Attorney for the District of Massachusetts,**
**Defendants.**

**Civil Action No.: _____**

**COMPLAINT FOR WRIT OF MANDAMUS**

(Unreasonable Delayed Form I-485 Receipt #: MSC2490577379)

## 1. INTRODUCTION

Plaintiff brings this action to compel Defendants to adjudicate his Form I-485 Application for Adjustment of Status, which has been pending for more than Two years without a decision. This delay is unreasonable and violates the Administrative Procedure Act.

## 2. JURISDICTION

This Court has jurisdiction under:

- 28 U.S.C. § 1331
- 28 U.S.C. § 1361
- 5 U.S.C. § 706
- 28 U.S.C. § 2201

Venue is proper because Plaintiff resides in Massachusetts.

## 3. PARTIES

Plaintiff resides in Massachusetts.

Defendants are federal agencies responsible for adjudicating immigration applications, including:

- U.S. Department of Homeland Security

- U.S. Citizenship and Immigration Services

## 4. FACTS

1. Plaintiff, Wahidullah Ahmadzai, is a resident of Springfield, Massachusetts.

1. Plaintiff filed Form I-485 Application for Green Card on March 22, 2024 (Receipt: MSC2490577379).

2. The applications have been pending for more than Two years.

3. Plaintiff submitted expedite requests.

4. Plaintiff contacted USCIS, and congressional offices. The copies are attached.

5. Plaintiff was evacuated from Afghanistan to the United States in 2021 following the collapse of the Afghan government. Prior to his evacuation, Plaintiff worked for the Afghanistan Independent Commission, and his family supported the former Afghan government. After arriving in the United States, Plaintiff applied for asylum and was granted asylum by the United States government. Following the approval of his asylum application, Plaintiff became eligible to apply for adjustment of status to lawful permanent resident status. Plaintiff properly filed Form I-485, Application to Register Permanent Residence or Adjust Status, with United States Citizenship and Immigration Services ("USCIS"). Plaintiff has complied with all requirements imposed by USCIS, including attending his biometrics appointment and submitting all requested documentation. Despite Plaintiff's eligibility for adjustment of status and full compliance with all USCIS requirements, USCIS has failed to adjudicate his Form I-485 application.

Plaintiff's Form I-485 application has remained pending for more than Two years following the approval of his asylum application. During this period, Plaintiff has made numerous efforts to obtain information regarding his case and secure

adjudication of his application. Plaintiff contacted USCIS through its customer service channels on multiple occasions seeking information regarding the status of his application and requesting action on his case. Despite Plaintiff's repeated inquiries, USCIS failed to provide any meaningful explanation for the prolonged delay or any indication of when a decision would be made. Plaintiff also sought assistance from his elected congressional representatives and senators in an effort to obtain action regarding his pending application. Through congressional inquiries, Plaintiff requested that USCIS review and adjudicate his application and explained the hardships resulting from the continued delay. Plaintiff further requested expedited processing of his application based upon compelling humanitarian circumstances and family hardship. Despite Plaintiff's repeated efforts, congressional inquiries, and requests for expedited processing, USCIS has failed to adjudicate Plaintiff's application or provide any reasonable justification for its continued delay. The prolonged delay has caused significant hardship to Plaintiff and his family. Plaintiff's mother suffers from serious medical conditions, including diabetes, hypertension, and severe back problems requiring surgical treatment. Plaintiff's mother's medical condition has continued to deteriorate, and she requires treatment in a third country where Plaintiff's assistance and support are urgently needed. The prolonged delay in adjudicating Plaintiff's Form I-485 has substantially impaired Plaintiff's ability to travel internationally and provide care and assistance to his mother during this critical period. Plaintiff is engaged to be married. His fiancée currently resides in Afghanistan under difficult and uncertain circumstances. Because of the continued delay in adjudicating Plaintiff's application, Plaintiff is unable to safely travel to meet his fiancée in a third country, marry her, and begin the lawful immigration process necessary for her to join him in the United States. The continued separation from Plaintiff's fiancée has caused significant emotional hardship and has prevented Plaintiff from establishing family unity.

6. Plaintiff is employed by Springfield Public Schools as a Family Liaison within the Multilingual Learners Department.

7. In this role, Plaintiff serves Afghan families and students by facilitating communication between families and schools, providing interpretation and translation services, assisting with conflict resolution, organizing meetings, and helping students successfully adapt to the American educational system. Plaintiff's supervisors and directors have recognized the importance of Plaintiff's work and have provided written support describing the critical role Plaintiff plays in serving the Afghan community. The copy is attached.

8. Plaintiff has also contributed to the community through small business (AFC Grill) development, including helping establish an Afghan restaurant that promotes cultural diversity and contributes to the local economy. AFC Grill is in Springfield MA.

9. Plaintiff has consistently complied with the laws of the United States, paid taxes, maintained a clean driving record, and has no criminal history. The prolonged uncertainty surrounding Plaintiff's immigration status has caused significant anxiety, emotional distress, and hardship affecting both his personal life and professional responsibilities.

10. USCIS's failure to adjudicate Plaintiff's Form I-485 application has caused and continues to cause substantial harm that will persist until Defendants fulfill their duty to adjudicate the application.

11. Plaintiff has no adequate remedy available other than seeking judicial intervention to compel Defendants to perform their non-discretionary duty to adjudicate his pending Form I-485 application.

## 5. COUNT I – MANDAMUS

Defendants have a duty to adjudicate immigration applications within a normal processing time. Plaintiff has a clear right to a decision.

## 6. COUNT II – ADMINISTRATIVE PROCEDURE ACT

Defendants have unlawfully withheld and unreasonably delayed agency action.

## 7. RELIEF REQUESTED

Plaintiff requests that the Court:

1. Issue a Writ of Mandamus.

2. Order Defendants to adjudicate Form I-485 within 30 days.

3. Declare the delay unreasonable.

4. Grant any other relief the Court deems proper.

## 8. SIGNATURE

**Respectfully submitted,**

Wahidullah Ahmadzai
47 Wilcox Street
Springfield MA, 01105
Phone: 413 923 0002
Email: ahmadzaiwaheed487@gmail.com

**Pro Se Plaintiff**

Sign and Date

06/22/2026