UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Wahidullah Ahmadzai,

Plaintiff,

v.

US Department of Homeland Security et al.,

Defendants.

Civil Action No. 26-30095-MGM

ORDER OF DISMISSAL
July 29, 2026,

**MASTROIANNI, U.S.D.J.**

Pursuant to the Electronic Order (Dkt. No. 8) issued on July 29, 2026, it is hereby ORDERED that the above-entitled action be dismissed. This matter is now closed.

By the Court,

July 29, 2026
Date

*/s/ Mark G. Mastroianni*
Mark G. Mastroianni
U.S. District Judge